# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-00329-01-CR-W-GAF |
| JESUS GONZALEZ-QUEZADA, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On November 21, 2016, Defendant was ordered to undergo a competency evaluation (Doc. No. 17). Defendant was examined by Jessica Micono, Psy.D., and a competency hearing was held before United States Magistrate Judge Robert Larsen on March 14, 2017. The parties stipulated to Dr. Micono's report, in which Dr. Micono recommended Defendant be sent to a Federal Medical Facility for formal competency restoration procedures.

Therefore, after making an independent review of the record it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that Defendant is incompetent to proceed. It is further

ORDERED that Defendant shall be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: March 17, 2017